UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 23-mj-00156 |
| : | |
| CHAD SUENRAM, : | |
| : | |
| Defendant. : | |

**MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY**
**FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS**

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e). The United States also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery. Finally, the United States requests that any order granting this motion be made applicable to co-defendants who may later be joined.

The United States conferred with counsel for the defendant regarding this motion and she does not oppose the motion.

1

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

                Respectfully submitted,

                MATTHEW M. GRAVES
                UNITED STATES ATTORNEY
                D.C. Bar Number 481052

By:        /s/
                Melanie Krebs-Pilotti
                Antitrust Division, Trial Attorney
                Detailed to USAO-DC
                CA Bar No. 241484
                United States Attorney's Office
                601 D Street, N.W.
                Washington, D.C. 20530
                Telephone No. 202-870-7457
                Email: melanie.krebs-pilotti2@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 23-mj-00156 |
| : | |
| **CHAD SUENRAM,** : | |
| : | |
| **Defendant.** : | |

**ORDER**

Upon consideration of the United States' motion to disclose items protected by Federal Rule of Criminal Procedure 6(e) and sealed materials, it is hereby

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that the United States may provide in discovery materials protected by Federal Rule of Criminal Procedure 6(e), and it is further

ORDERED, that the United States may provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery, and it is further

ORDERED, that this Order also applies to the disclosure of the materials described above to any co-defendants who may later be joined.

Date: _____

HONORABLE MOXILA A. UPADHYAYA
United States Magistrate Judge