UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 23-CR-290 (ACR) |
| | : | |
| CHAD DUSTIN SUENRAM, | : | |
| | : | |
| Defendant. | : | |

**STATUS REPORT ON DEFENDANT'S INTENTIONS TO PLEAD GUILTY**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Status Report to update the Court on Suenram's intentions to plead guilty to a violation of 18 U.S.C. § 1752(a)(2), Disorderly and Disruptive Conduct in a Restricted Building or Grounds.

**PROCEDURAL POSTURE**

On July 6, 2023, the United States charged Suenram by criminal complaint with violating 18 U.S.C. § 1752(a)(1), Entering and Remaining in a Restricted Building or Grounds; 18 U.S.C. § 1752(a)(2), Disorderly and Disruptive Conduct in a Restricted Building or Grounds; 40 U.S.C. § 5104(e)(2)(D), Disorderly Conduct in a Capitol Building or Grounds; and 40 U.S.C. § 5104(e)(2)(G), Parading, Demonstrating, or Picketing in a Capitol Building. ECF 1. On August 23, 2023, the United States charged Suenram by Information with the same violations. ECF 11. On September 13, 2023, the government extended an offer to Suenram to plead guilty to a single violation of 18 U.S.C. § 1752(a)(2). In its email to defense counsel extending the plea offer, the government offered to answer any questions and direct defense counsel to items in its discovery productions that would be "most useful."

On November 1, 2023, Suenram, through counsel, informed the government that he intended to accept the government's plea offer, and the government forwarded the signed

1

paperwork to the Court that same day. On December 4, 2023, this case was called for a change of plea, but due to technical sound issues and Suenram's lack of memory of details described in the Statement of Offense, the plea hearing was continued. To assist the defense in understanding the information in the Statement of Offense, the government synthesized previously provided discovery and again offered to discuss the case and answer questions. The case was called again for a change of plea hearing on December 22, 2023, but again a change of plea was not entered. Suenram asked for additional time to consider whether to plead guilty, and the Court continued the hearing until January 31, 2024. The Court ordered the parties to submit a status report on or before January 26, 2024 indicating whether Suenram intends to plead guilty.

## STATUS UPDATE

The government contacted defense counsel multiple times in efforts to learn whether Suenram intends to accept the plea offer. On January 26, 2024, the government spoke and emailed with a paralegal in Mr. Studtmann's office, who indicated that it appeared unlikely Suenram would plead guilty to a violation of 18 U.S.C. § 1752(a)(2). The paralegal indicated Suenram would only agree to an Alford or no contest plea.

## CONCLUSION

The government recommends that the Court hold the status hearing currently scheduled for January 31, 2024. If Suenram does not agree to enter a change of plea, the government recommends that the Court set a schedule for trial.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:   /s/_____
        MELANIE KREBS-PILOTTI
        Antitrust Division, Trial Attorney
        Detailed to USAO-DC
        CA Bar No. 241484
        601 D Street, N.W.
        Washington, D.C. 20530
        Telephone No. 202-870-7457
        Email: melanie.krebs-pilotti2@usdoj.gov