UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 23-CR-290 (ACR) |
| | : | |
| CHAD DUSTIN SUENRAM, | : | |
| | : | |
| Defendant. | : | |

### JOINT STATUS REPORT ON DEFENDANT'S INTENTIONS TO PLEAD GUILTY

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, and Michael Studtmann, counsel for Defendant Chad Dustin Suenram (Suenram), respectfully submit this Joint Status Report to update the Court on Suenram's intentions to plead guilty to a violation of 18 U.S.C. § 1752(a)(2), Disorderly and Disruptive Conduct in a Restricted Building or Grounds.

### PROCEDURAL POSTURE

On January 29, 2024, the Court ordered the parties to confer on whether Suenram intends to plead guilty to a violation of 18 U.S.C. § 1752(a)(2). The Court furthered ordered that the parties file a Joint Status Report detailing those discussions by 5:00 p.m. on January 30, 2024.

### STATUS UPDATE

On January 30, 2024, counsel for Suenram informed government counsel that his client was unlikely to plead guilty to a violation of 18 U.S.C. § 1752(a)(2) or any other misdemeanor violation. Both parties agreed to ask the Court to set a date for trial.

### CONCLUSION

Suenram has rejected the government's plea offer in this case, and the parties ask that this Court set a date for trial.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:     /s/
        Melanie Krebs-Pilotti
        Antitrust Division, Trial Attorney
        Detailed to USAO-DC
        CA Bar No. 241484
        601 D Street, N.W.
        Washington, D.C. 20530
        Telephone No. 202-870-7457
        Email: melanie.krebs-pilotti2@usdoj.gov


        For Chad Suenram:


        /s/
        Michael Studtmann
        6235 W. Kellogg Drive
        Wichita, KS 67209
        Telephone No. 316-942-8400
        Email: Michael@studtmannlaw.com