UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 23-CR-290 (ACR) |
| | : | |
| CHAD DUSTIN SUENRAM, | : | |
| | : | |
| Defendant. | : | |

**JOINT STATUS REPORT ON DEFENDANT'S INTENTIONS TO PLEAD GUILTY**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, and Michael Studtmann, counsel for Defendant Chad Dustin Suenram (Suenram), respectfully submit this Joint Status Report to update the Court on the parties' plea negotiations.

**PROCEDURAL POSTURE**

A trial for this case is currently scheduled to begin on June 17, 2024. On February 28, 2024, this Court convened a status conference to discuss the trial schedule. During the course of the status conference, the government represented that it would extend a new misdemeanor plea offer to Suenram. The Court concluded the conference by ordering the parties to submit a joint status report by March 15, 2024.

**STATUS UPDATE**

The government extended two different misdemeanor plea offers to Suenram on February 28, 2024. The parties convened by telephone on March 14, 2024 to discuss the two offers. The parties convened again by telephone on March 15, 2024, and defense counsel represented that his client is interested in accepting the government's offer to plead guilty to 18 U.S.C. Section 1752(a)(1), Entering and Remaining in a Restricted Building or Grounds.

1

The parties agreed that if defense counsel is not able to provide signed copies of the plea paperwork to the government by March 18, 2024, the parties will submit a proposed trial schedule to the Court by March 20, 2024.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  \_\_/s/_____
Melanie Krebs-Pilotti
Antitrust Division, Trial Attorney
Detailed to USAO-DC
CA Bar No. 241484
601 D Street, N.W.
Washington, D.C. 20530
Telephone No. 202-870-7457
Email: melanie.krebs-pilotti2@usdoj.gov

For Chad Suenram:

\_\_/s/_____
Michael Studtmann
6235 W. Kellogg Drive
Wichita, KS 67209
Telephone No. 316-942-8400
Email: Michael@studtmannlaw.com