# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No.: 23-CR-290 (ACR) |
| v. | 18 U.S.C. § 1752(a)(1) |
| **CHAD DUSTIN SUENRAM,** | |
| Defendant. | |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Chad Dustin Suenram, with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public. The grounds around the Capitol were posted and cordoned off, and the entire area as well as the Capitol building itself were restricted as that term is used in Title 18, United States Code, Section 1752 due to the fact that the Vice President and the immediate family of the Vice President, among others, would be visiting the Capitol complex that day.

3.      On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4.      As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5.      At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6.      At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after

2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *The Defendant's Participation in the January 6, 2021, Capitol Riot*

8. The defendant, Chad Dustin Suenram, lives in Wichita, Kansas. The defendant purchased a seat on a private charter bus and arrived in Washington, D.C. on January 5, 2021. The purpose of the defendant's trip was to participate in the "March to Save America" rally.

9. On January 6, 2021, the defendant attended the former President Trump's speech at the Ellipse. The defendant knew that then Vice-President Pence would be going to the Capitol on January 6 to oversee the count of the electoral college votes. At approximately 2:45 PM, the defendant, wearing a painted facemask, first entered the U.S. Capitol through the Senate Fire Door.

As part of a large mob, the defendant walked down a crowded hallway until police began to push them back. The defendant exited the U.S. Capitol through the Senate Fire Door at approximately 2:54 PM.

10.     At approximately 3:05 PM, the defendant re-entered the U.S. Capitol through the Senate Wing Door. The defendant walked to the Crypt, where he filmed events on his cellular phone. At approximately 3:13 PM, the defendant exited the Capitol at the South Door Vestibule.

11.     At approximately 3:40 PM, the defendant positioned himself at the North Door as part of a large mob. The defendant moved through the crowd until he was positioned directly in front of a police line guarding the North Door entrance. An individual in the crowd sprayed a chemical agent, and a physical confrontation broke out between individuals in the crowd and the police. The defendant left the front of the line and reappeared seconds later at a different part of the police line, where he leaned over a police barrier.

12.     Law enforcement officers clad in riot gear and other tactical equipment attempted to block the North Doors and prevent re-entry into the Capitol. A high-pitched, rapid beeping sound, similar to a smoke alarm, blared overhead. Officers struggled to close the North Doors while individuals in the crowd held them open from the outside. The defendant observed law enforcement officers deploy chemical-irritant spray and fire extinguisher retardant.

13.     After police retreated inside the Capitol building, the defendant stood with others in the mob directly in front of the North Door. Over the sounds of the alarm, and with chemical agents thick in the air, the defendant filmed the officers' retreat inside the North Door. The defendant watched as others in the mob launched heavy objects at the door.

## *Elements of the Offense*

14. The parties agree that a violation of 18 U.S.C. § 1752(a)(1) requires the following elements:

   a. The defendant entered or remained in a restricted building or grounds without lawful authority to do so; and

   b. The defendant did so knowingly.

15. The defendant knowingly and voluntarily admits to all the elements as set forth above. Specifically, the defendant admits that when he entered the U.S. Capitol building on January 6, 2021, it was a restricted building and that he knew at the time he entered the U.S. Capitol building that he did not have lawful authority to enter the building.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: *s/ Melanie Krebs-Pilotti*
Melanie Krebs-Pilotti
Antitrust Division, Trial Attorney
Detailed to USAO-DC
CA Bar No. 241484
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone No. 202-870-7457
Email: melanie.krebs-pilotti2@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, Chad Dustin Suenram, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 3/18/24

Chad Dustin Suenram
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 3·18·24

Michael Studtmann
Attorney for Defendant