AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America | ) |
| *Plaintiff* | ) |
| v. | )  Case No.  23-CR-290 (ACR) |
| Chad Dustin Suenram | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Chad Dustin Suenram                                                                                                          .

Date:       07/17/2024

/s/ MIchael J. Studtmann
*Attorney's signature*

Michael J. Studtmann, P.A. #12562
*Printed name and bar number*

6235 W. Kellogg Drive
Wichita, KS 67209

*Address*

michael@studtmannlaw.com
*E-mail address*

(316) 942-8400
*Telephone number*

(316) 942-8498
*FAX number*