**LAW OFFICE OF MICHAEL J. STUDTMANN, P.A.**
**Michael J. Studtmann SCID# 12562**
**6235 W. Kellogg Drive**
**Wichita, KS 67209**
**(316) 942-8400 phone**
**(316) 942-8498 fax**
michael@studtmannlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>   plaintiff    )<br>           )<br>   V.       )<br>           )<br>CHAD D. SUENRAM,   )<br>   defendant   )| Case No. 23-CR-290 |

### NOTICE OF RESPONSE TO PROBATION DEPARTMENT

  COMES NOW, MICHAEL J. STUDTMANN, attorney for defendant CHAD SUENRAM, and states that he has responded to the probation office by phone and email on July 17th, 2024, and July 18th, 2024, pursuant to the Court minute Order of July 17th, 2024, and is coordinating new dates for the PSI interview.

Respectfully Submitted,


/s/ Michael J. Studtmann

_____
Michael J. Studtmann
Attorney for Defendant
6235 W Kellogg
Wichita, Kansa 67209
316-942-8400
michael@studtmannlaw.com