**LAW OFFICE OF MICHAEL J. STUDTMANN, P.A.**
**Michael J. Studtmann SCID# 12562**
**6235 W. Kellogg Drive**
**Wichita, KS 67209**
**(316) 942-8400 phone**
**(316) 942-8498 fax**
michael@studtmannlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| V. ) | Case No. 23-CR-290 |
| ) | |
| CHAD D. SUENRAM, ) | |
| defendant ) | |

**DEFENDANT'S SENTENCING MEMORANDUM**

COMES NOW, Defendant, Chad D. Suenram, by and through his counsel, Michael J. Studtmann, and respectfully submits this sentencing memorandum in connection with the above captioned matter. Defendant, Chad Suenram pled guilty to violating 18 U.S.C. 1752(a)(1), entering and remaining in a restricted building or grounds, count one (1).

1. **Introduction**

The defendant Chad Suenram is self-employed and a single parent of five minor children. He was present on January 6th of 2021 at the Capitol as he took a bus chartered to go to Washington DC to witness the events. The defendant's intention was to participate in a peaceful demonstration. He did enter the US Capitol building on that date and re-entered the Capitol and remained on Capitol grounds when chemical agents were utilized. The defendant does regret having participated in the "Save America March". The defendant signed off on a document

entitled "Statement of Offense", which stipulates to the actions taken by the defendant on January 6th, 2021.

2. **Sentencing Factors under 18 USC 3553(a)**

In this misdemeanor case defendant's sentencing is guided by 18 USC 3553 (a). These factors are what this Court must consider in sentencing the defendant.

The defendant has shown remorse for his actions and was truthful on what he saw and did that day. The defendant has been consistent with orderly behavior by retaining council, attending court dates, and entered into a plea with the United States of America taking full responsibility for having violated 18 USC 1752(a)(1), remaining in a restricted building or grounds.

Defendant was a member of the Armed Services 22 years, specifically a marine, and he did receive a bad conduct discharge. In 2005, Defendant plead to possession with intent to sell a controlled substance, and in 2006 was also convicted of a DUI . At age 27 he was convicted of driving while having a suspended license. This last misdemeanor for which Defendant was convicted occurred seventeen years ago.

These days my client spends his time with his children when he is not working. The Defendant has residential custody of his biological children and actually has them in his custody about 95 percent of the time as the mother is not active in parenting the children. The defendant is an active parent and his oldest child is a senior at Campus high school and is looking forward to going to college next year. All of the minor children participate in numerous extracurricular sporting activities.

Defendant has a 16-year-old son who is a junior at Campus high school and plays on the high school soccer team. The defendant has a 14-year-old daughter who is a freshman at

Campus high school and she is very active in volleyball and other team sports. He also has a 12-year-old son that plays football, basketball, baseball has participated in tournaments as all of the children have done throughout their entire lives.   Defendant is also involved now in the care for his nephew, who is now six years old.   The mother was addicted to drugs and unable to parent and had her parental rights terminated.  The Defendant stepped up and adopted the young child and has become his father.   This child was born addicted to methamphetamine and so there are a lot of behavioral issues Defendant deals with in caring for the child.  Fortunately the other children have not had behavioral issues to any extent because they been kept busy throughout their lives with school sports and community based recreation.

    The 6-year-old was Defendant's sister's only child.  The State of Kansas terminated the mother's rights through a child in need of care action and the defendant was approved as an appropriate placement.  The child has been in Defendant's custody now for a number of years and Defendant is his only parent  Currently the defendant is being asked by the child's first grade teacher to attend school a couple of days a week as a watchdog because the child's behavior has been overly aggressive. The child suffers from many medical conditions which include attention deficit disorder. The defendant has unique skills with children and is a natural parent. This is proven by the success of his four biological children. The defendant would allege that this is a profound expense raising these five children by himself.

    The defendant's behavior on January 6th, 2021 is being examined but I believe the evidence shows that this was the exception and not the defendants normal behavior.  The defendant  is an employer in our community and a very loving parent. He participates in good activities that are wholesome and that are vital for his minor children. These types of qualities are

deemed to be positive in our culture and would support the possibility that he would be able to successfully complete his probation in a timely and an orderly fashion.

The defendant's children perform well in school and out of school. As an example of what happens on weekends, three of his children this weekend will be involved in sports tournaments that involve volleyball, soccer, and football games on Saturday and Sunday and this is a very normal weekend for this family. This has always been their life as the children have the gift of being athletic and enjoy team sports and have all played basketball, baseball or softball, volleyball and football. The defendant has demonstrated through his actions that he is a capable and loving parent to who has given his time, patience, and unconditional love to his children.

The defendant made a terrible mistake when he unlawfully entered the Capitol, but he has cooperated with the criminal court system and if granted probation will obey all conditions that the court has set out.

The defendant earns his livelihood by honest work and is able to provide jobs for local citizens of Wichita, Kansas. The defendant has branched out his business to also provide security. He is also doing work for properties that are in foreclosure, doing clean up and maintenance, and most recently has gotten into the custom catering business.

The defendant is the sole emotional and financial support of five children. The defendant's financial resources given the expense of raising five children on his own, are always strained and there is never enough money. However, the defendant will take care of all obligations that are ordered in a timely and professional manner.

3. **Conclusion**

The defendant would request to be sentenced by this court to one year of supervised release and $500 in restitution with the additional $25.00 for the special assessment. In the event the court believes that is insufficient the defendant would request community service in his local community as he has many skills that would be useful to others and he has a good reputation.

Respectfully Submitted,


/s/ Michael J. Studtmann

_____
Michael J. Studtmann, #12562
Attorney for Defendant
6235 W Kellogg
Wichita, Kansa 67209
316-942-8400
michael@studtmannlaw.com